# United States Bankruptcy Court
## Northern District of Mississippi

In Re: ANTONY ALEXANDER                                Chapter 13
                                                       Case No.: 19-13708-JDW

### NOTICE OF FILING AMENDED CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

**YOU ARE HEREBY NOTIFIED** that the above named debtor has filed a pre-confirmation modification to their Chapter 13 Plan (see copy attached).

**YOU ARE FURTHER NOTIFIED** that should you desire to file an objection to the pre-confirmation modification of the Plan, you should do so, with the U.S. Bankruptcy Court, Northern District of Mississippi, Thad Cochran U. S. Courthouse, 703 Hwy 145 North, Aberdeen, MS 39730 within 30 days of the date of mailing of this notice in the form of a written pleading.

Objections to confirmation will be heard on a date, time, and location set by the Court. If no objection is timely filed, the Plan may be confirmed without a hearing.

/s/Robert H. Lomenick
Signature of Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned attorney for the above referenced Debtor(s), do hereby certify that that I mailed, postage prepaid or electronically mailed through ECF, a true and correct copy of the foregoing Notice and Amended Plan to: Locke D. Barkley, Chapter 13 Trustee to sbeasley@barkley13.com, the U.S. Trustee at USTPRegion05.AB.ECF@gmail.com and to the affected creditors listed below:

Synchrony Bank                    American Express
Attn: Bankruptcy Dept.            PO Box 981535
PO Box 965060                     El Paso, TX 79998-1535
Orlando, FL 32896

DATED: 11/25/2019                 /s/Robert H. Lomenick
                                  Signature of Attorney for Debtor(s)

KAREN B. SCHNELLER, MSB# 6558
ROBERT H. LOMENICK, MSB# 104186
ATTORNEY FOR DEBTOR(S)
SCHNELLER & LOMENICK, P.A.
POST OFFICE BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/ karen.schneller@gmail.com, rlomenick@gmail.com